372 A.2d 1202

COMMONWEALTH of Pennsylvania

v.

Thurman BONNER, Appellant (two cases).

Supreme Court of Pennsylvania.

Argued April 14, 1977.

Decided May 17, 1977.

Abraham J. Brem Levy, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Shelley New, Philadelphia, for appellant.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM:

Judgments of sentence affirmed.